IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MICHAEL LISTON,

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Civ. No. 6:14-cv-00352-CL

**ORDER**

CLARKE, Magistrate Judge.

On September 10, 2014, the Court ordered Plaintiff Michael Liston ("Plaintiff") to show cause in writing by September 25, 2014, why this action should not be dismissed for failure to prosecute. To date, Plaintiff has failed to make any filing with the Court. Therefore, it is ordered that this matter is dismissed without prejudice for failure to prosecute and failure to comply with a court order. The Clerk shall enter judgment.

ORDERED and DATED this ___ day of October, 2014.

_____
MARK D. CLARKE
United States Magistrate Judge

Page 1 – ORDER